Bar docket No. 4996

(461 P. 2d 405)

*In re* KENNETH FRANKLIN METZGER's voluntary surrender of his certificate to practice law in the State of Kansas.

Opinion canceling certificate filed December 6, 1969.

*Per Curiam:* On November 17, 1969, Kenneth Franklin Metzger voluntarily surrendered his certificate admitting him to practice law in the courts of the State of Kansas, which is now on file with the clerk of this Court.

It is therefore ORDERED by the Court that the surrendered certificate be accepted and the clerk of this Court is ORDERED and DIRECTED to mark the certificate void and to strike Kenneth Franklin Metzger's name from the roll of attorneys.